UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| DANIEL ESSA,<br>   Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia company; TRANS UNION, LLC, a Delaware limited liability company; and NATIONSTAR MORTGAGE, LLC, a Delaware company;<br>   Defendants. | CASE NO.<br><br>Judge<br>Magistrate Judge |

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL
---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the 54B District Court, Ingham County, Michigan, to the United States District Court for the Western District of Michigan, on the following grounds:

1.  Plaintiff Daniel Essa served Trans Union on or about January 11, 2017, with a Summons and Complaint filed in the 54B District Court, Ingham County, Michigan.  Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**.  No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 63-76.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the 54B District Court, Ingham County, Michigan, to the United States District Court for the Western District of Michigan.

5. Counsel for Trans Union has confirmed with the 54B District Court, Ingham County, Michigan, telephonically, that there is no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the 54B District Court, Ingham County, Michigan and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the 54B District Court, Ingham County, Michigan to this United States District Court, Western District of Michigan.

                                                Respectfully submitted,

Date: <u>January 13, 2017</u>            /s/*Justin T. Walton*
                                         Laura K. Rang, Esq. (IN #26238-49)
                                         Justin T. Walton, Esq. (IN #29540-49)
                                         Schuckit & Associates, P.C.
                                         4545 Northwestern Drive
                                         Zionsville, IN  46077
                                         Telephone:  317-363-2400
                                         Fax:  317-363-2257
                                         E-Mail:  lrang@schuckitlaw.com
                                         E-Mail:  jwalton@schuckitlaw.com

                                         *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited into the United States mail, first class, properly addressed as follows, this **13th day of January, 2017**:

<div style="border:1px solid">

**for Plaintiff Daniel Essa**
Gary D. Nitzkin, Esq.
Travis Shackelford, Esq.
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI  48033

</div>

/s/*Justin T. Walton*
Laura K. Rang, Esq. (IN #26238-49)
Justin T. Walton, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  jwalton@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*