# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| DANIEL ESSA,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia company; TRANS UNION, LLC, a Delaware limited liability company; and NATIONSTAR MORTGAGE, LLC, a Delaware company;<br>          Defendants. | CASE NO.  1:17-cv-00046-PLM-RSK<br><br>Judge Paul L. Maloney<br>Magistrate Judge Ray Kent |

_____

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

_____

Plaintiff Daniel Essa, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Daniel Essa against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Daniel Essa and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:   April 19, 2017                              /s/  Paul L. Maloney
                                                    _____
                                                    United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Gary D. Nitzkin, Esq.<br>gnitzkin@creditor-law.com | Tamara Elizabeth Fraser<br>tefraser@wwrplaw.com |
| Sidney Lawrence Frank<br>slfrank@wwrplaw.com | Carl Edmond Schwartz<br>carl@micreditlawyer.com |
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Justin T. Walton, Esq.<br>jwalton@schuckitlaw.com |
| Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com | Martin Scott Frenkel, Esq.<br>msf@maddinhauser.com |
| Matthew Mitchell, Esq.<br>mmitchell@maddinhauser.com | |