UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ESSA,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

Case No: 1:17-cv-46

Hon. Paul L. Maloney
Mag. Judge: Ray Kent

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Equifax Information Services, LLC, only, is hereby dismissed with prejudice and without fees or costs to either party.  The Clerk of the Court shall terminate Defendant Equifax Information Services, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: May 23, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge