UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ESSA, | ) | |
|     PLAINTIFF, | ) | |
| | ) | NO. 1:17-CV-46 |
| V. | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| ET AL., | ) | |
|     DEFENDANTS. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 55), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  May 23, 2018                              /s/ Paul L. Maloney
                                                                                                    Paul L. Maloney
                                                                                                    United States District Judge